■

CLEARVIEW GARDENS FIRST CORPORATION et al., Respondents-Appellants, v. HERMAN L. WEISMAN et al., Appellants-Respondents, et al., Defendants.— Order [denying motions addressed to complaint] unanimously affirmed. No opinion. Present — Peck, P. J., Cohn, Breitel, Bastow and Rabin, JJ.

■

CLEARVIEW GARDENS FIRST CORPORATION et al., Respondents-Appellants, v. HERMAN L. WEISMAN et al., Appellants-Respondents, et al., Defendants.— Order [granting motion to strike cause from jury calendar] unanimously affirmed. No opinion. Present — Peck, P. J., Cohn, Breitel, Bastow and Rabin, JJ. [206 Misc. 526.]

■

JOHN COUGHLIN, Respondent, v. RED STAR EXPRESS LINES OF AUBURN, INC., et al., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Cohn, Breitel, Bastow and Rabin, JJ.

■

IMPORTADORES SANCHEZ LORET DE MOLA, S. A., Respondent, v. COMMERCIAL UNION OF AMERICA CORPORATION, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to respondent. We take it that the intendment of the pleading is to allege a consummated sale with delivery of the merchandise. That will be essential proof at the trial and we deem the pleading sufficient for the purpose of the allegation. Present — Peck, P. J., Cohn, Breitel, Bastow and Rabin, JJ.

■

IMPORTADORES SANCHEZ LORET DE MOLA, S. A., Respondent, v. COMMERCIAL UNION OF AMERICA CORPORATION, Appellant.— Order unanimously affirmed. No opinion. Settle order. Present — Peck, P. J., Cohn, Breitel, Bastow and Rabin, JJ.

■

In the Matter of AARON GOLDEN, Appellant. PARIDE PEDROTTI, Respondent. — Order, so far as appealed from, unanimously modified so as to eliminate from the first decretal provision the concluding words "but this increase in respondent's rent is to take effect only as of December 1, 1954," without costs of this appeal. There was no warrant in law or in the exercise of discretion for fixing the effective date of the fair rental value other than the "date [of] the application to the supreme court" (L. 1945, ch. 314, § 4, subd. 1, as amd.; *Matter of Flatto [Sandler]*, 279 App. Div. 714; *Matter of Frankel [Eder]*, 277 App. Div. 968). Settle order. Present — Peck, P. J., Cohn, Breitel, Bastow and Rabin, JJ.

■

CHARLES H. ALLARDICE, Respondent, v. ISTHMIAN STEAMSHIP COMPANY, Appellant.— Determination unanimously affirmed, with costs. No opinion. Present — Callahan, J. P., Breitel, Bastow, Botein and Rabin, JJ.

■

In the Matter of the Election of Directors of R. HOE & Co., INC. NEIL P. CULLOM, Appellant; HOWARD E. REIN et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to respondents. No opinion. Present — Cohn, J. P., Breitel, Bastow, Botein and Rabin, JJ.